DONALD BAUER, an Infant over Fourteen Years of Age, by JOHN L. BAUER, His Guardian ad Litem, and Another, Appellants, v. JOHN D. SECOR, Respondent. — Order in so far as it grants the motion to vacate plaintiffs' notice of examination before trial reversed on the law, with ten dollars costs and disbursements, and motion in all respects denied, with ten dollars costs; examination to proceed on

five days' notice. The testimony sought to be taken is material and necessary in the prosecution of the action and upon subjects which plaintiff must prove. Young, Hagarty, Carswell, Scudder and Davis, JJ., concur.